CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB - 6 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RASHAD ALI GILES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:20cv00016 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| DUFFIELD REGIONAL JAIL, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Plaintiff Rashad Ali Giles, proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. By order entered January 9, 2020, the court conditionally filed this action and advised Giles that he must notify the court in writing immediately upon his transfer or release and must provide the court with a new address. [See ECF No. 3.] The court warned Giles that failure to notify the court of a change of address would result in dismissal of the case. [Id.] On February 4, 2020, a court order was returned to the court as undeliverable and with no forwarding address. [See ECF No. 6.] Giles has not provided the court with an updated address and, therefore, the court has no means of contacting him. Accordingly, I will dismiss Giles' complaint without prejudice. Giles is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

The clerk is directed to forward a copy of this Order to Giles at his last known address.

**ENTERED** this 6th day of February, 2020.

                                 /s/ Jackson L. Kiser
                                 SENIOR UNITED STATES DISTRICT JUDGE